UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-444 (RJL)** |
| | : | |
| v. | : | |
| | : | |
| **ERICK CAMERON,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Catharine A. Hartzenbusch at telephone number (202) 353-8822 and/or email address Catharine.Hartzenbusch@usdoj.gov.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

Catharine A. Hartzenbusch
Bar No. 450-194
Assistant United States Attorney
Federal Major Crimes
555 4th Street, NW, Room 4233
Washington, DC 20530
(202) 353-8822
Catharine.Hartzenbusch@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

  I HEREBY CERTIFY that I will cause to serve the foregoing upon counsel for the defendant Lara Quint, Esquire, Federal Public Defenders, by electronic filing this 3rd day of January, 2006.

                 _____
                 Assistant United States Attorney