# EXHIBIT A

Judge Richard J Leon
District Court for the
District of Columbia
3rd and Constitution Avenue NW
Washington, DC

Your Honor:

    I am submitting this letter on behalf of Eric Cameron, Case CR-05-444, as he will appear before you for sentencing on May 19, 2006. My name is Valerie Williams-Emerson and I am Eric's aunt. I recently retired from the DC Department of Corrections, after 24 years of service. I held the position of Chief Case Manager and I was temporarily detailed as Deputy Warden in the absence of staff holding that position during my tenure. I share this information only to give you a better feel for my motive for writing other than the obvious one that you would naturally have.

    Eric is a young man who has strong moral fiber but who has shown his weakness for resisting the temptation to take the short-cut to what looks like success. I have been involved in Eric's life since he was born. His father, Richard Williams, Jr., is my half-brother and eldest son of our father, Richard Williams, Sr. Eric was reared primarily by his paternal grandmother, Clarice McClain who was the first wife of Richard Sr. When Eric was born, his parents were not married and shortly after giving birth to him, his mother decided that she did not want to rear him and literally handed him over to his father without consultation or preparation for transfer of custodial-ship. His mother, Ann Cameron, went on with her life, not spending time with Eric and giving no emotional or financial support for the child. She chose a road of destruction by becoming addicted to drugs which led to her incarceration on a number of occasions. She did not appear back in Eric's life until he was about 15 years old. Eric's father remained at home with him and his grandmother who assumed the role of caretaker of Eric. Ms. McClain took her grandchild and loved, nurtured and disciplined him in such a way that Eric grew into a kind and loving individual. She saw to it that he received whatever kind of support he needed to deal with his emotional, academic and even psychological issues. Eric attended public schools and participated in extra curricular activities. His grandmother ensured that he received tutoring when he needed it and counseling when it became apparent that he needed to address some emotional issues.

    During his formative years, Eric spent many weekends and summers with my family where he bonded with my son and other nephews his age. We went on trips and vacationed together. He was always obedient and well-mannered. Eric's father displayed strong fatherly characteristics and he and Eric developed a very close bond, however, when Eric was about 7 years old, things began to change. Richard, Jr. had maintained a job with Eastern Airlines after graduating from high school but during his employment he began using drugs and eventually his addiction cost him his job. Richard received substance abuse treatment, including an in-patient program, through his

employing agency but the treatment did not sustain him and after being employed for approximately 10 years, he was terminated for a drug-related incident. His father's subsequent behavior seemed to totally surround his drug addiction and it had a profound affect on Eric. We began to notice a change in his behavior at school. He started receiving reports from his teacher that he was inattentive in class and that he was not getting passing grades on his assignments. He was denied promotion in the second or third grade and continued in elementary school to become a behavior problem. He did not have a hard time matriculating when he was not misbehaving. His grandmother sought and found a mentor for Eric which was very helpful for him. Tess, was his mentor for about 4 years and she volunteered many hours with Eric to help him with school and to give him the emotional support that I'm sure helped with his self esteem. Tess even shared her fiancé with Eric to give him a well-rounded experience when they went out for different activities. Throughout Eric and Tess' relationship, he seemed to be better adjusted in school and at home as well. Tess eventually relocated to the New England area and their contact was eventually lost. Eric's junior to high school transition went well, however, during his junior year of high school he was expelled for a physical altercation with another student.

After failing at his attempt to get his GED, Eric starting working and he fathered a child, his only daughter, Destiny. He was a very supportive young father. He shared in the pampering, caring and financial support of his daughter. He lived with Destiny and her mother for about 2 years. Things seemed to be going well until his focused seemed to shift to spending more time with is friends and trying to maintain the false "status quo" that is being promoted by rappers and gangs that a vast number of our young males and females seem to be drawn to. Things seemed to go wrong on the job and he got another one but after a few revolutions of that cycle, he just stopped working. Still having his obligation to provide for his daughter and the need to be independent and self-sufficient, I imagine this is what gave him the nerve to involve himself in the unacceptable behavior of selling drugs.

Your Honor, Eric is not a hardened criminal or a lost cause. I believe that this young man would be reformed if you extended your leniency when you sentence him. He would realize that your act of mercy would give him time to reflect, re-assess and re-focus his thoughts and actions as opposed to a harsh sentence that would dishearten, depress and possibly disable his natural desire to be a productive, law-abiding citizen in our community.

Sincerely,

Valerie Williams Emerson
& Family

To whom it may concern;

I am the farther of Eric Di Jon Cameron and I would like to speak to the courts concerning my son.

Eric is the only child I have. I am a single parent and I am writing this letter because I want to beg for mercy from the courts for my son. He is a good young man. He attended church at a young age. At the age of 12 he was baptized and attended church on a regular basis.

Eric grew up without the presence of his mother. Eric struggle with the fact that his mom and dad had a drug addition and was left at times for his grandmother to raise him. At the age of 8 I was arrested and taken away from him. As I look back everything I have learned I had to learn the hard way. Not realizing that the choices that I have made I could not take them back and that they may have affected my son up until this day.

Eric has allowed some of the things that he has gone through in his childhood to follow him into his adult life. All the way down to the type of people he chose to hang around.

It has been a long and hard struggle for him and when I say long and hard I mean it was a life long process with all the detours he has taken along the way. After seeing me clean and sober for the last ten years only to see me return to drugs and alcohol. With the help of God I am now clean and sober once again.

After speaking with Eric one on one He realized that his associates, his environment, and his past experiences has left him wanting a better future for him and his daughter. Eric wants to be able to provide for his daughter and become a better father.

I know Eric is sincerely sorry for what he has done and that he has learned a great lesson from this. So I am pleading with the courts to give him a second chance and thanking everyone in advance for their kindness and mercy on his behalf and mine.


Richard C. Williams

May 05, 2006

To whom this may concern:

My name is Jichele Sutton and I am writing this letter on the behalf of my friend Eric Cameron.

Eric Cameron and I have been friends for 5 years. The first day I met Eric was at the Grocery Store with his Grandmother. Which I thought was special because alot of young boys and men don't like going out shopping with their mother or Grandmother. But as the years went by I had got pregnant and I had no one else in my corner but him and his Grand-mother. He would pick me up from work, take me to the doctors, if I needed to the store he was there. Every since November of 2005. I was hurt when he called and told me he was locked up because that was the only person that understood what I was going ~~threw~~ through because he has his own Daughter, Destiny to worry about

but he still found time for my daughter and I when he got finish from those long days of work, spending time with his grand-mother and daughter. I never knew Eric being Negative, disrespectful, Dishonest or any thing in that category.

A year after I met Eric Cameron I tuk him to my church which is Greater Mount Calvery Holy church in Washington D.C. So that he could accept Christ in his life as his Lord and Savior. He talked to one of the mini that was there to talk to them so that he could get a better understanding about GOD. I think GOD put him in my life for a reason, I say that because it's been time when I just wanted to give up in life and my daughter and it was Eric that was there for me to talk to me, to hug me and let me know that everything will be ok things happen for a reason. With out Eric talking to me that day, I might not even be here today to write this letter or for my daughter. It's hard being a young Black parent. He was the father figure to my daughter.

Judge I hope this letter give you a second thought in your mind and heart. to give Eric Cameron a second chance. If Jesus can forgive him for what I went on that day. So can you. Please give my friend Eric Cameron a second chance.

Your Friend,

Jichele B. Sutton
Jichele B. Sutton