## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CR 05-444 (RJL)** |
| **ERICK CAMERON** | : | |

## UNOPPOSED MOTION TO REDUCE SENTENCE

Pursuant to 18 U.S.C. § 3582(c)(2), Mr. Erick Cameron, through undersigned counsel,

respectfully moves this Honorable Court to reduce his sentence of 84 months incarceration to a

term of 68 months.  In support of this motion, counsel states:

1.  On May 19, 2006, the Court sentenced Mr. Cameron to a 84 month term of

incarceration on the charge of unlawful possession with intent to distribute 5 grams or more of

cocaine base.  This sentence was based on a finding that the applicable sentencing range under

the United States Sentencing Guidelines was 70 to 87 months (criminal history category III,

offense level 25).  The Court sentenced Mr. Cameron to a term of incarceration three months

below the top of that range.

2.  Effective November 1, 2007, the United States Sentencing Commission amended and

lowered the base offense levels by two points for offenses involving crack cocaine.  U.S.S.G.,

Supplement to Appendix C, Amendments 706, 711 (Nov. 1, 2007).  Section 3582(c)(2) of

Title 18 of the United States Code states that the Court is authorized to reduce the term of

imprisonment imposed "in the case of a defendant who has been sentenced to a term of

imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing

Commission . . . if such a reduction is consistent with applicable policy statements issued by the

Commission." 18 U.S.C. § 3582(c)(2). On December 11, 2007, the Sentencing Commission voted to give retroactive effect to the amendments reducing the crack cocaine sentencing ranges by adding these amendments to the list of amendments in U.S.S.G. § 1B1.10, effective March 3, 2008.

3.  The amendments reduce the sentencing guidelines range applicable to Mr. Cameron to 60 to 71 months. A sentence three months below the top of the amended range, 68 months, would reduce Mr. Cameron's sentence by 16 months. A proposed order accompanies this motion reflecting the sentence computations in Mr. Cameron's case.

4.  Undersigned counsel has consulted with Assistant United States Attorney John Mannarino, who represented that the government does not oppose this motion.

5. According to the Bureau of Prisons, Mr. Cameron's current projected release date is December 23, 2011. Because the requested 16-month reduction will not result in Mr. Cameron's immediate release, the government and the Probation Office agree that neither a provision affording the Probation Office discretion to place Mr. Cameron in a halfway house while on supervised release, nor a provision affording the Bureau of Prisons an additional ten days to execute the amended sentence is necessary. Therefore, those provisions are not included in the attached proposed order.

WHEREFORE, for the foregoing reasons, Mr. Cameron respectfully requests that the Court reduce his sentence from a 84 month term of imprisonment to term of 68 months. A proposed order is attached.

2

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

_____
MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500