✎AO 245___    Order Regarding Motion for Sentence Reduction
              Sheet 1

## UNITED STATES DISTRICT COURT

District of     COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) |

**V.**

ERICK CAMERON

Case Number:    CR 05-444 (RJL)

USM Number:    28330-016

**Date of Original Judgment:**    May 30, 2006
(Or Date of Last Amended Judgment)

Mary M. Petras
Defendant's Attorney

Upon motion of   X the defendant    ☐ the Director of the Bureau of Prisons    ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
     ☐ DENIED.
     X GRANTED and the defendant's previously imposed sentence of imprisonment of
         84 months on Count Two is reduced to <u>term of 68 months</u>.

### I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level:    25                 Amended Offense Level:    23
       Criminal History Category: III            Criminal History Category:    III
Previous Guideline Range:    70 to 87 months      Amended Guideline Range: 60 to 71 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) The reduced sentence is below the amended guideline range._____.

### III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)


Except as provided above, all provisions of the judgment dated May 30, 2006 shall remain in effect.

**IT IS SO ORDERED.**

_____                   _____
       Date                                                 Signature of Judge

                                                                 _____
                                                                 Name and Title of Judge