◈AO 245___   Order Regarding Motion for Sentence Reduction
             Sheet 1

## UNITED STATES DISTRICT COURT
### District of      COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) |
| V. | |
| ERICK CAMERON | Case Number: CR 05-444 (RJL) |
| | USM Number: 28330-016 |
| Date of Original Judgment: May 30, 2006 | Mary M. Petras |
| (Or Date of Last Amended Judgment) | Defendant's Attorney |

**FILED**
JUL 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon motion of  X the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.
   X GRANTED and the defendant's previously imposed sentence of imprisonment of __84__ months on Count Two is reduced to <u>term of 68 months</u>.

### I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level: __25__           Amended Offense Level: __23__
     Criminal History Category: III         Criminal History Category:  III
Previous Guideline Range:  __70__ to __87__ months    Amended Guideline Range: __60__ to __71__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X  The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) The reduced sentence is below the amended guideline range._____.

### III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)


Except as provided above, all provisions of the judgment dated May 30, 2006 shall remain in effect.

**IT IS SO ORDERED.**

7/25/08
Date

_[signature]_
Signature of Judge

_[signature]_ U.S. District Judge
Name and Title of Judge